**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| STEVE PAPPAS, *et al.*, | : | |
| | : | |
| Plaintiffs, | : | Civil Action No.:    19-2800 (RC) |
| | : | |
| v. | : | Re Document No.:    19 |
| | : | |
| DISTRICT OF COLUMBIA, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## **ORDER**

For the reasons stated in the Court's Memorandum Opinion separately and contemporaneously issued, it is hereby **ORDERED** that Defendants' Motion to Dismiss (ECF No. 19) is **GRANTED IN PART AND DENIED IN PART** and Plaintiffs are granted **LEAVE TO AMEND within 30 days**.

**SO ORDERED**.


Dated:  January 12, 2021                                       RUDOLPH CONTRERAS
                                                                            United States District Judge