IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| STEVE PAPPAS, *et al.*,<br><br>Individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>THE DISTRICT OF COLUMBIA, and ROBERT J. CONTEE III, in his official capacity,<br><br>    Defendants. | Civil Action No. 1:19-cv-2800-RC |

## JOINT MOTION TO CLARIFY THE SCHEDULING ORDER

  Plaintiffs and Defendants jointly move for clarification of the Court's Scheduling Order (ECF No. 33) so that the Scheduling Order fully reflects the intentions of the Parties.

  The Scheduling Order states that "all interrogatories, requests for production and admissions must be served by June 1, 2021." ECF No. 33 at 1.  In their Joint Proposed Case Management Plan (ECF 32), by contrast, the Parties had agreed that (1) initial interrogatories must be served by June 1, 2021, and subsequent interrogatories must be served no later than 30 days before September 30, 2021; (2) initial requests for production of documents must be served on or before June 1, 2021, and subsequent requests for production of documents must be served no later than 30 days before September 30, 2021; and (3) all requests for admissions must be served no later than 30 days before September 30, 2021.  ECF No. 32 at 4–5.

  The Parties request that the Court clarify its Scheduling Order in accordance with the Proposed Order attached hereto so the discovery deadlines fully reflect the Parties' intent.

Dated: May 7, 2021                                    Respectfully submitted,

/s/ Ellen Eardley
Ellen Eardley (DC Bar No. 488741)
Cyrus Mehri (DC Bar No. 420970)
**MEHRI & SKALET, PLLC**
1250 Connecticut Ave., NW, Suite 300
Washington, DC 20036
Tel.: (202) 822-5100
Fax: (202) 822-4997
eeardley@findjustice.com
cmehri@findjustice.com

/s/ Eve Hill
Eve Hill (Fed. Bar No. 424896)
Andrew D. Levy (Fed. Bar No. 458998)
**BROWN, GOLDSTEIN & LEVY, LLP**
120 East Baltimore Street, Suite 2500
Baltimore, Maryland 21202
Tel.: (410) 962-1030
Fax: (410) 385-0869
ehill@browngold.com
adl@browngold.com

*Counsel for Plaintiffs and Putative Class*


KARL A. RACINE
Attorney General for the District of Columbia

/s/ Fernando Amarillas
FERNANDO AMARILLAS [974858]
Acting Deputy Attorney General
Public Interest Division

/s/ Micah Bluming
MICAH BLUMING [1618961]
RICHARD P. SOBIECKI [500163]
Assistant Attorneys General
Equity Section
400 Sixth Street, N.W., Suite 10100
Washington, D.C. 20001
(202) 724-7272
(202) 730-1833 (fax)
micah.bluming@dc.gov
richard.sobiecki@dc.gov

*Counsel for Defendants*

2

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on May 7, 2021, the undersigned filed the foregoing with the Court's CM/ECF system, which will cause a true and correct copy of the same to be served electronically on all registered counsel of record.

                                           /s/ Ellen Eardley
                                           Ellen Eardley