**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| STEVE PAPPAS, *et al.*, | : | |
| | : | |
| Plaintiffs, | : | Civil Action No.:    19-2800 (RC) |
| | : | |
| v. | : | |
| | : | |
| DISTRICT OF COLUMBIA, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## SCHEDULING ORDER

Upon consideration of the parties' Joint Motion to Clarify the Scheduling Order (ECF

No. 35), it is hereby **ORDERED** that the following class discovery schedule shall govern

proceedings in this case:

1. class discovery commenced on **April 5, 2021**, and non-expert class discovery will

    close on **September 30, 2021**;

2. initial interrogatories must be served by **June 1, 2021**, and all subsequent

    interrogatories must be served no later than 30 days before the close of non-expert

    class discovery on **September 30, 2021**;

3. initial requests for production of documents must be served by **June 1, 2021**, and

    all subsequent requests for production of documents must be served no later than

    30 days before the close of non-expert class discovery on **September 30, 2021**;

4. requests for admission must be served no later than 30 days before the close of

    non-expert class discovery on **September 30, 2021**;

5. Plaintiffs' class expert disclosures must be served by **September 30, 2021**;

6. Defendants' rebuttal class expert disclosures must be served by **November 1,**

    **2021**;

7. expert depositions must be completed by **December 1, 2021**;

8. Plaintiffs are to file their Motion for Class Certification on or before **January 17, 2022**;

9. Defendants are to file their Opposition to Class Certification on or before **February 14, 2022**;

10. Plaintiffs are to file a Reply ISO Motion for Class Certification on or before **February 28, 2022**; and

11. the parties shall appear for a hearing on the Class Certification Motion before the Court on **March 14, 2022 at 10:00 am** in Courtroom 23.

It is **FURTHER ORDERED** that, before bringing a discovery dispute to the Court's attention, the parties must meet and confer in good faith in an attempt to resolve the dispute informally.  If the parties are unable to resolve the dispute, they must contact chambers to arrange for a telephonic conference with the Court.  The parties must obtain leave of the Court before filing any motion relating to a discovery dispute.  Any discovery motions that are filed prior to obtaining such leave may be summarily denied for failure to comply with this order.

**SO ORDERED**.

Dated:  May 7, 2021                                                       RUDOLPH CONTRERAS
                                                                                    United States District Judge

2