IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STEVE PAPPAS, *et al.*,

Individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

DISTRICT OF COLUMBIA, *et al.*

    Defendants.

Civil Action No. 19-2800 (RC)

## Exhibit List – Motion to Compel Discovery

Exhibit A – Pls.' First Set of Requests for Production of Documents

Exhibit B – Pls.' Second Set of Requests for Production of Documents

Exhibit C – March 24, 2022 Scheduling Order

Exhibit D – General Order 1001.1 – DC_Pappas0000066

Exhibit E – Executive Order 17-020 – DC_Pappas00195569

Exhibit F – Excerpts from Miranda Transcript (29-32, 46-51, 89-96, 108-112, 120-121; 152-153, 170)

Exhibit G – July 2, 2021 Email

Exhibit H – July 14, 2021 Letter to Ds

Exhibit I – July 30, 2021 Email

Exhibit J – August 12, 2021 Email

Exhibit K – August 18, 2021 Email

Exhibit L – Malomo Transcript Excerpts (39, 130-133)

Exhibit M – September 20 court order

Exhibit N – December 13, 2021 Minute Order

Exhibit O – March 8 Letter to Pls'

Exhibit P – Series of Letters from Pls. to Defs.

Exhibit Q – Defs' Responses and Objections to Pls.' First RFPs

Exhibit R – Defs.' Responses to Pls.' Second RFPs

Exhibit S – Excerpts from Angela Simpson Transcript (1, 60, 70-71)