# EXHIBIT C

## Desiree Langley

| | |
|---|---|
| **From:** | DCD_ECFNotice@dcd.uscourts.gov |
| **Sent:** | Thursday, March 24, 2022 5:21 PM |
| **To:** | DCD_ECFNotice@dcd.uscourts.gov |
| **Subject:** | Activity in Case 1:19-cv-02800-RC PAPPAS v. METROPOLITAN POLICE DEPARTMENT OF THE DISTRICT OF COLUMBIA et al Order on Motion for Extension of Time to Complete Discovery |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**District of Columbia**

## Notice of Electronic Filing

The following transaction was entered on 3/24/2022 at 5:20 PM and filed on 3/24/2022

| | |
|---|---|
| **Case Name:** | PAPPAS v. METROPOLITAN POLICE DEPARTMENT OF THE DISTRICT OF COLUMBIA et al |
| **Case Number:** | 1:19-cv-02800-RC |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**

**MINUTE ORDER: Upon consideration of [44] the parties' Joint Motion for an Extension of Time to Complete Discovery, it is hereby ORDERED that the following schedule shall govern class discovery: non-expert class discovery will close on May 31, 2022; Plaintiffs' class expert disclosures must be served by May 31, 2022; Defendants' rebuttal class expert disclosures must be served by July 1, 2022; Expert depositions must be completed by August 1, 2022; Plaintiffs are to file their Motion for Class Certification on or before September 1, 2022; Defendants are to file their Opposition to Class Certification on or before October 3, 2022; Plaintiffs are to file a Reply in Support of Their Motion for Class Certification on or before October 17, 2022. SO ORDERED. Signed by Judge Rudolph Contreras on 3/24/22. (lcrc2)**

**1:19-cv-02800-RC Notice has been electronically mailed to:**

Cyrus Mehri cmehri@findjustice.com, pleadings@findjustice.com

Eve L. Hill ehill@browngold.com, dma@browngold.com, ldyson@browngold.com

Ellen L. Eardley eeardley@findjustice.com, pleadings@findjustice.com

Eric William Gunderson egunderson@darslaw.com, harrison@farrell-law.com, hbliss@darslaw.com, mgoodsell@darslaw.com

Richard P. Sobiecki richard.sobiecki@dc.gov, fernando.amarillas@dc.gov

Andrew David Levy adl@browngold.com, dma@browngold.com, es@browngold.com

Micah Ian Bluming micah.bluming@dc.gov, fernando.amarillas@dc.gov

James Strawbridge jstrawbridge@browngold.com

Desiree Langley (Sholes) dlangley@findjustice.com

**1:19-cv-02800-RC Notice will be delivered by other means to::**