# EXHIBIT G

**Desiree Langley**

| | |
|---|---|
| **From:** | Bluming, Micah (OAG) <Micah.Bluming@dc.gov> |
| **Sent:** | Friday, July 2, 2021 4:07 PM |
| **To:** | Jamie Strawbridge; Eve Hill; Andrew Levy; Ellen Eardley; Desiree Langley; Cyrus Mehri |
| **Cc:** | Sobiecki, Richard (OAG); Fitzpatrick, Corey (OAG) |
| **Subject:** | RE: Pappas Response to First RFPs |
| **Attachments:** | Pappas Defs.' Responses to Pls.' First RFPs.docx |

Jamie,

Please find a Word version of our responses attached. We're still working with our client to gather and review responsive documents and will be in touch when our first production is ready. Unfortunately we do not have a production ready today.

Regards,
Micah

Micah Bluming
Assistant Attorney General, Equity Section
Public Interest Division
Office of the Attorney General for the District of Columbia
400 Sixth Street, N.W., Suite 10100
Washington, D.C. 20001
Micah.Bluming@dc.gov
(202) 664-0667 (Mobile)
(202) 724-7272 (Office)
(202) 730-1833 (Fax)

Confidentiality Notice: This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, or confidential, or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy, or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by email and delete all copies of the message.

Metadata: This email transmission and any accompanying material may contain embedded metadata. Any included metadata is confidential or privileged information and is not intended to be viewed by a non-client recipient.

---

**From:** Jamie Strawbridge <JStrawbridge@browngold.com>
**Sent:** Friday, July 2, 2021 3:48 PM
**To:** Bluming, Micah (OAG) <Micah.Bluming@dc.gov>; Eve Hill <EHill@browngold.com>; Andrew Levy <adl@browngold.com>; Ellen Eardley <EEardley@findjustice.com>; Desiree Langley <DLangley@findjustice.com>; cmehri@findjustice.com
**Cc:** Sobiecki, Richard (OAG) <Richard.Sobiecki@dc.gov>; Fitzpatrick, Corey (OAG) <Corey.Fitzpatrick@dc.gov>
**Subject:** RE: Pappas Response to First RFPs

**CAUTION:** This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe that this email is suspicious, please forward to phishing@dc.gov for additional analysis by OCTO Security Operations Center (SOC).

Micah,

Confirming receipt of your email. Please do send a Word version of the District's responses to Plaintiffs' first RFPs.

Also, to clarify, are you sending a link to the actual documents you are producing pursuant to these RFPs today in a separate email?

Best, Jamie

**Jamie Strawbridge**
Associate

**BROWN GOLDSTEIN & LEVY**
120 E. Baltimore Street, Suite 2500
Baltimore, MD 21202
T 410.962.1030 x1329
C 410.241.0886
F 410.385.0869
E jstrawbridge@browngold.com
Pronouns: he/him/his

**About Brown, Goldstein & Levy, LLP**
Brown, Goldstein & Levy handles both civil and criminal litigation and has active practices in many other areas of the law, including family law, disability rights, and health care. For more information, visit browngold.com.

CONFIDENTIALITY: This email and any attachments are confidential, except where the email states it can be disclosed; it may also be privileged. If received in error, please do not disclose the contents to anyone, but notify the sender by return email and delete this email (and any attachments) from your system. Thank you.

**From:** Bluming, Micah (OAG) <Micah.Bluming@dc.gov>
**Sent:** Friday, July 2, 2021 2:19 PM
**To:** Jamie Strawbridge <JStrawbridge@browngold.com>; Eve Hill <EHill@browngold.com>; Andrew Levy <adl@browngold.com>; Ellen Eardley <EEardley@findjustice.com>; Desiree Langley <DLangley@findjustice.com>; cmehri@findjustice.com
**Cc:** Sobiecki, Richard (OAG) <Richard.Sobiecki@dc.gov>; Fitzpatrick, Corey (OAG) <Corey.Fitzpatrick@dc.gov>
**Subject:** Pappas Response to First RFPs

**SECURITY ALERT:** This email is from an external source.

Counsel,

Attached please find the District's responses to plaintiffs' first RFPs in *Pappas*. Please let us know if you'd like a Word version as well.

Regards,
Micah

Micah Bluming
Assistant Attorney General, Equity Section
Public Interest Division
Office of the Attorney General for the District of Columbia

400 Sixth Street, N.W., Suite 10100
Washington, D.C. 20001
Micah.Bluming@dc.gov
(202) 664-0667 (Mobile)
(202) 724-7272 (Office)
(202) 730-1833 (Fax)

Confidentiality Notice: This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, or confidential, or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy, or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by email and delete all copies of the message.

Metadata: This email transmission and any accompanying material may contain embedded metadata. Any included metadata is confidential or privileged information and is not intended to be viewed by a non-client recipient.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.