# EXHIBIT I

**Desiree Langley**

| | |
|---|---|
| **From:** | Bluming, Micah (OAG) <Micah.Bluming@dc.gov> |
| **Sent:** | Friday, July 30, 2021 5:45 PM |
| **To:** | Jamie Strawbridge |
| **Cc:** | Ellen Eardley; Desiree Langley; Eve Hill; Andrew Levy; Sobiecki, Richard (OAG); Fitzpatrick, Corey (OAG) |
| **Subject:** | Pappas Production |
| **Attachments:** | 7.30.21 Pappas First Production Privilege Log.pdf |

Jamie,

Below is a link to the District's first document production in *Pappas v. District of Columbia*:

https://oagdc.box.com/s/2om83ahxnp1wiy53le57dx89reve2kuz

The password will be provided in a separate email, forthcoming. A privilege log is attached here.

Regards,
Micah

Micah Bluming
Assistant Attorney General, Equity Section
Public Interest Division
Office of the Attorney General for the District of Columbia
400 Sixth Street, N.W., Suite 10100
Washington, D.C. 20001
Micah.Bluming@dc.gov
(202) 664-0667 (Mobile)
(202) 724-7272 (Office)
(202) 730-1833 (Fax)

Confidentiality Notice: This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, or confidential, or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy, or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by email and delete all copies of the message.

Metadata: This email transmission and any accompanying material may contain embedded metadata. Any included metadata is confidential or privileged information and is not intended to be viewed by a non-client recipient.