# EXHIBIT L

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
_________________________________
STEVE PAPPAS, et al.,
Plaintiffs,
v. Civil Action No.
METROPOLITAN POLICE DEPARTMENT 19-cv-02800 RC
OF THE DISTRICT OF COLUMBIA,
et al.,
Defendants.
_________________________________
VIDEOCONFERENCE DEPOSITION OF 30(B)(6) REPRESENTATIVE
FOR PFC ASSOCIATES, LLC - OLUSOLA MALOMO, M.D.
DATE: Wednesday, November 17, 2021
TIME: 10:03 a.m.
LOCATION: Remote Proceeding
Washington, DC 20005
REPORTED BY: Terrell Lee, Notary Public
JOB NO.: 4894535

PFC Associates has a contract with the DC government.
A Yeah.
Q Does the DC government monitor and supervise the clinic?
A DC government monitors the clinic, that's correct, yes.
Q Does PFC have to provide any, I guess, reports or documentation to the government at certain intervals?
A Yes.
Q Can you describe what those reports are and what those intervals are?
A Which ones are you -- do you have any you are particularly interested in?
Q So we can break this up. You agree that PFC provides reports and documentation to the DC government. What kind of reports?
A There are reports that I'm not involved with that go to the government like financial reports and all that. So I can't speak to those.
But in terms of medical reports, we provide, for example -- we'll provide the DC government,

surveys, I asked whether Rehabilitation Perspectives provides a list of DC government jobs that officers can do once they're retired.

Has PFC ever asked Rehabilitation Perspectives to look into DC government jobs officers can perform?

A No. They look into all jobs in the area.

Q Do you know if MPD has ever asked you or Rehabilitation Perspectives to look for jobs in the DC government that officers could perform?

A I'm not aware of any -- I'm not aware of that request, no.

Q Okay. I quickly want to touch base about Centricity really quickly. I asked a few questions, much earlier, but I just want to understand this computer program a little better.

How would you describe this program? Is it an application that's on the computer?

A It's an electronic medical record application. Yes.

Q Do you access it from the internet or is it installed on your computer?

A It's installed on the computer.
Q And the reports that are pulled from Centricity -- are they available in Excel format?
A I'm not sure. I normally review them in a PDF format.
Q Okay. Do you go into Centricity and pull reports?
A I generally don't. But I review the reports.
Q So the case managers go into Centricity and pull the reports?
A That's correct. Yes.
Q Are there any other staff members who pull reports from Centricity?
A It's mostly the case managers. They're the ones who mostly pull the reports.
Q Do you give the case managers directions about what information you want in your reports?
A On a daily basis, I mean -- they know what we need. I mean, yes, they are under my directions, so I'll say yes.
Q Okay. When you say, "They know what we

need," is there a written document or process that lays out what information they need to pull from Centricity?

A I'm not sure. I'll have to look into that.

Q So do you know if you're able to manipulate the fields in the Centricity database?

MR. SOBIECKI: Object to form.

A There -- there are different reports, and you can pick what you -- what you need the report to tell you. So, yes, you can choose the fields that you need.

Q And what fields do you mostly have interest in when you're reviewing these reports?

A It depends on what I'm doing at that time.

Q I guess, what fields are you particularly interested in when you're reviewing reports that detail the number of non-full-duty status days an officer has accumulated?

A Again, it depends on what I'm doing with the report. It varies from day to day.

Q So for the reports that you provide to the medical services director, what fields do those

reports contain?
A I don't have one in front of me. But generally, they will have a name; they will have POD or non-POD status of the member; they will have the number of days -- number of non-full-duty days the person has been out; and they may have if the person is on sick leave or limited duty.
Q Do you know if, when reports are pulled from Centricity, if it creates a record?
A I don't know.
Q Do you know who at PFC Associates would know the answer to that?
A Maybe the chief operating officer may know. Or the IT person.
Q Who manages the IT team?
A Henry Gray, G-R-A-Y.
Q Okay. I just want to go back, really quickly, to the disability retirement board process.
So you've gone through the process of conducting disability evaluations and writing the reports and making the referrals. And I just want to be sure I know what is your role as medical director