# EXHIBIT M

## Desiree Langley

**From:** DCD_ECFNotice@dcd.uscourts.gov
**Sent:** Monday, September 20, 2021 3:37 PM
**To:** DCD_ECFNotice@dcd.uscourts.gov
**Subject:** Activity in Case 1:19-cv-02800-RC PAPPAS v. METROPOLITAN POLICE DEPARTMENT OF THE DISTRICT OF COLUMBIA et al Order

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**District of Columbia**

## Notice of Electronic Filing

The following transaction was entered on 9/20/2021 at 3:36 PM and filed on 9/20/2021
**Case Name:** PAPPAS v. METROPOLITAN POLICE DEPARTMENT OF THE DISTRICT OF COLUMBIA et al
**Case Number:** 1:19-cv-02800-RC
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**MINUTE ORDER: Upon consideration of [41] the parties' Joint Status Report and for the reasons stated at today's status hearing, it is hereby ORDERED that the following schedule shall govern class discovery: the deadline for Defendants' Production of Documents responsive to Plaintiffs' First Requests for Documents is October 29, 2021; the deadline to serve written discovery requests is December 30, 2021; Non-expert Class Discovery closes January 31, 2022; Plaintiffs' Class Expert Disclosures are due January 31, 2022; Defendants' Rebuttal Class Expert Disclosures are due March 1, 2022; the deadline for Completion of Expert Depositions is April 1, 2022. It is FURTHER ORDERED that the deadline for Plaintiffs to file a motion for class certification is May 2, 2022; the deadline for Defendants' Opposition to class certification is June 1, 2022; and the deadline for Plaintiffs to file a Reply in support of class certification is June 15, 2022. SO ORDERED. Signed by Judge Rudolph Contreras on 09/20/2021. (lcrc2)**

**1:19-cv-02800-RC Notice has been electronically mailed to:**

Cyrus Mehri cmehri@findjustice.com, pleadings@findjustice.com

Eve L. Hill ehill@browngold.com, dma@browngold.com, ldyson@browngold.com

Ellen L. Eardley eeardley@findjustice.com, pleadings@findjustice.com

Richard P. Sobiecki richard.sobiecki@dc.gov, fernando.amarillas@dc.gov

Andrew David Levy adl@browngold.com, dma@browngold.com, es@browngold.com

Micah Ian Bluming micah.bluming@dc.gov, fernando.amarillas@dc.gov

James Strawbridge jstrawbridge@browngold.com

Desiree Langley (Sholes) dlangley@findjustice.com

**1:19-cv-02800-RC Notice will be delivered by other means to::**