# EXHIBIT S

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

*****************************************************

STEVE PAPPAS, et al.,

Plaintiffs,

-vs- Civil Action No. 19-cv-02800 RC

METROPOLITAN POLICE DEPARTMENT OF THE DISTRICT OF COLUMBIA, et al.,

Defendants.

*****************************************************

VIDEOCONFERENCED DEPOSITION OF ANGELA SIMPSON

Thursday, January 20, 2022

10:10 a.m.

REPORTED BY: KARINA L. JENNINGS

A So each unit has administrative staff who have access to go in and change that information, so it would be your administrative staff within your unit.
Q Okay. And then where on the PRT page would you have access to the salary information?
A Designated information.
Q Okay. What else is under designated information?
A The position numbers, salary, grade, step, I think it also lists whether or not the employee is emergency or essential.
Q Okay.
A So most of that information is what we would find in PeopleSoft.
Q Okay. And would there be a snapshot -- let me rephrase that. For an employee who is no longer working with MPD, would the designated information tab be available for them?
A So for some employees who have separated, I see that, and then there are other employees where designated information is blank.
Q Do you know why?
A No, I think it's -- if I were to from my perspective give an answer, it would be based on when

Q And what is the time keeping tab that you are -- maybe it's not a tab -- what is the time keeping option that you see when you go into TACIIS?
A I don't have that option because I'm not a time keeper.
Q So employees that are hourly, do they see that option?
A They could be hourly if they are a time keeper. You have to be a designated time keeper and -- with access in order to go into that particular piece of TACIIS.
Q Okay. So an officer -- does an officer use TACIIS to enter the number of hours they worked in a day?
A No, time keepers and sergeants -- so there's typically sergeants that do roll call that would have access to put in that time, and then we have time keepers -- designated time keepers in units who can enter time and enter leave.
Q And the information that is in TACIIS about pay, does that come from PeopleSoft?
A So you're saying -- so in TACIIS there's a field that shows salary. I would have to defer from IT to see if they upload that from PeopleSoft, but -- and when I'm looking at it the salary is

correct. Where it feeds from I'm assuming would be PeopleSoft.

Q Okay. So why do you have the occasion to look at salary in TACIIS?

A It's there. I don't use -- I always use PeopleSoft to verify salary.

Q Okay. Why is that?

A That's just -- PeopleSoft is the main platform that I use from an HR perspective.

Q Okay. So TACIIS and PeopleSoft share information?

A That's my assumption, based on what I see. In order to say what downloads from PeopleSoft or what is entered by payroll or IT, I would have to defer to IT to actually answer where each field comes from.

Q I think that it's going to be helpful if we take a look at some examples of the PR -- of the TACIIS data fields. So is it your understanding that you're here to testify about the data dictionary for TACIIS?

A Yes.

Q Okay. So if you bear with me for a moment, I'm going to pull up that data dictionary for TACIIS. And I'm going to tell you that TACIIS data