**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| STEVE PAPPAS, *et al.*,<br><br>Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*<br><br>Defendants. | Civil Action No. 19-2800 (RC) |

**PROPOSED ORDER**

Upon consideration of Plaintiffs' motion to compel discovery (Motion), it is this _____ day of April 2022, ORDERED that:

The Motion is GRANTED; and

It is further ORDERED that Defendants produce all outstanding documents responsive to Plaintiffs' Requests for Production of Documents 15, 26, and 33-35.

______________________________
THE HONORABLE RUDOLPH CONTRERAS
Judge, United States District Court
for the District of Columbia