IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVE PAPPAS, *et al.*, <br><br>Individually and on behalf of all others similarly situated, <br><br>   Plaintiffs, <br><br> v. <br><br>DISTRICT OF COLUMBIA, *et al.* <br><br>   Defendants. | Civil Action No. 19-2800 (RC) |

## JOINT STATUS REPORT

Since the Court's July 1, 2022 Minute Order, the Parties have met and conferred regarding the class discovery schedule. The Parties agree to extend the schedule deadlines accordingly:

**CASE SCHEDULE FOR THE REMAINDER OF CLASS DISCOVERY:**

| | |
|---|---|
| Defendants' Rebuttal Class Expert Disclosures | September 1, 2022 |
| Completion of Expert Depositions and Plaintiffs' Reply Expert Reports | November 1, 2022 |
| Plaintiffs to file Motion for Class Certification: | December 1, 2022 |
| Defendants to file Opposition to Class Certification: | January 9, 2023 |
| Plaintiffs to file Reply ISO Motion for Class Certification: | January 23, 2023 |
| Hearing on Class Certification Motion: | TBD |

The Court will set a case management conference within 30 days of the class certification motion hearing to set the remaining discovery deadlines, other pretrial deadlines, and a trial date.

Dated:  July 7, 2022.

Respectfully submitted,

| | |
|---|---|
| KARL A. RACINE<br>Attorney General for the District of Columbia<br><br>CHAD COPELAND<br>Deputy Attorney General<br>Civil Litigation Division<br><br>*/s/ Fernando Amarillas*<br>FERNANDO AMARILLAS [974858]<br>Assistant Deputy Attorney General<br><br>*/s/ Micah Bluming*<br>MICAH BLUMING [1618961]<br>RICHARD P. SOBIECKI [500163]<br>AMANDA C. PESCOVITZ [1735780]*<br>Assistant Attorneys General<br>Equity Section<br>400 Sixth Street, N.W., Suite 10100<br>Washington, D.C. 20001<br>(202) 724-7272<br>(202) 730-1833 (fax)<br>micah.bluming@dc.gov<br>richard.sobiecki@dc.gov<br>Amanda.pescovitz1@dc.gov<br><br>*Counsel for Defendants* | */s/ Eve Hill*<br>Eve Hill (Fed. Bar No. 424896)<br>Andrew D. Levy (Fed. Bar No. 458998)<br>James Strawbridge (Fed. Bar. No. 20005)<br>BROWN, GOLDSTEIN & LEVY, LLP<br>120 East Baltimore Street, Suite 2500<br>Baltimore, Maryland 21202<br>Tel.: (410) 962-1030<br>Fax: (410) 385-0869<br>ehill@browngold.com<br>adl@browngold.com<br>jstrawbridge@browngold.com<br><br>*/s/ Ellen Eardley*<br>Ellen Eardley (D.C. Bar No. 488741)<br>Cyrus Mehri (D.C. Bar No. 420970)<br>Desireé Langley (D.C. Bar No. 1719961)<br>MEHRI & SKALET, PLLC<br>2000 K Street, NW, Suite 325<br>Washington, DC 20006<br>Tel: (202) 822-5100<br>Fax: (202) 822-4997<br>eeardley@findjustice.com<br>cmehri@findjustice.com<br>dlangley@findjustice.com<br><br>*Counsel for Plaintiffs* |